IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHASE INSURANCE LIFE AND ANNUITY COMPANY, *

Plaintiff, *

vs. * Case No.: CA 06 72

BONNIE MCNAMARA, *et al.*, *

Defendants. *

* * * * * * * * * * * * * *

CHASE INSURANCE LIFE AND ANNUITY COMPANY'S FINANCIAL DISCLOSURE

Plaintiff, Chase Insurance Life and Annuity Company, pursuant to Federal Rule of Civil Procedure 7.1, files this financial disclosure.

Chase Insurance Life and Annuity Company is a wholly owned subsidiary of Banc One Insurance Holdings, Inc. Banc One Insurance Holdings, Inc. is a wholly owned subsidiary of JP Morgan Chase & Company, a publicly traded corporation.

Respectfully submitted,

Timothy M. Bliss

Timothy M. Bliss, #6228
tbliss@vetterandwhite.com
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
401.421.3060 (telephone)
401.272.6803 (facsimile)

Attorneys for Chase Insurance
Life and Annuity Company

Bryan D. Bolton
Peter C. Ismay
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201
410.659.7700 (telephone)
410.659.7773 (facsimile)

Of Counsel for Chase Insurance
Life and Annuity Company

Dated: February 15, 2006