IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHASE INSURANCE LIFE AND ANNUITY COMPANY, | * | |
| Plaintiff, | * | CA 06 72 |
| v. | * | Case No.: __________ |
| BONNIE MCNAMARA, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

CHASE INSURANCE LIFE AND ANNUITY COMPANY'S
NOTICE OF RELATED PROCEEDING

Plaintiff, Chase Insurance Life and Annuity Company ("Chase"), pursuant to Local Rule 9.1, files this notice of related proceeding.

On or about December 16, 2005, defendants Bonnie, Mackenzie, and Mikaela McNamara initiated a suit, in the Rhode Island Superior Court for Washington County, against Chase, Roberts Chemical Company, Inc., and defendant Robert R. McIntyre, Jr. That action received Case ID No. WC-2005-0748. Chase has not been served in that suit, but it received, via facsimile, in November 2005, a draft of the complaint filed in the suit. Plaintiffs in the state court action allege entitlement to the proceeds of the same life insurance policy that is the subject of this action for interpleader. This action, therefore, "involves a claim, occurrence, or event which is at issue in a proceeding pending before another tribunal." *See* Local R. 9.1.

WHEREFORE, Chase Insurance Life and Annuity Company hereby provides notice of a related proceeding pending in the Rode Island Superior Court for Washington County.

Respectfully submitted,

/s/ Timothy M. Bliss

Timothy M. Bliss, #6228
tbliss@vetterandwhite.com
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
401.421.3060 (telephone)
401.272.6803 (facsimile)

Attorneys for Chase Insurance
Life and Annuity Company

Bryan D. Bolton
Peter C. Ismay
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201
410.659.7700 (telephone)
410.659.7773 (facsimile)

Of Counsel for Chase Insurance
Life and Annuity Company

Dated: February 15, 2006