UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHASE INSURANCE LIFE AND ANNUITY COMPANY, Plaintiff

v.

BONNIE MCNAMARA, IN HER INDIVIDUAL CAPACITY and AS CO-EXECUTOR OF THE ESTATE OF VINCENT J. MCNAMARA, MACKENZIE MCNAMARA, MIKAELA MCNAMARA, and ROBERT R. MCINTYRE, JR., Defendants

C.A. No. 06-0072ML

ACCEPTANCE OF SERVICE

The undersigned, James O. Reavis, Esq., hereby accepts service of the Complaint for Interpleader in this action on behalf of defendant Robert R. McIntyre, Jr. Service has been accepted this 11th day of May, 2006, acknowledging no objection to process or sufficiency of service of process. I hereby agree to respond to the Complaint for Interpleader within 30 days.

James O. Reavis, Esq., No. 3952
REAVIS & CIANCIOLO, LLC
Attorneys for Defendant Robert R. McIntyre, Jr.
55 Dorrance Street – Suite 200
Providence, Rhode Island 02903
(401) 272-5520
(401) 272-5501
jreavis@rhlawyers.com

Dated: May 11, 2006

CERTIFICATE OF SERVICE

To:

James O. Reavis, Esq.
Reavis & Cianciolo, LLC
55 Dorrance Street – Suite 200
Providence, RI 02903

Bryan D. Bolton, Esq.
Peter C. Ismay, Esq.
Funk & Bolton, P.A.
35 South Charles Street – 12th Floor
Baltimore, MD 21201

I hereby certify that I served on the above-named counsel of record a copy of the within Acceptance of Service by mailing first class mail, postage prepaid, on the 15th day of May, 2006.

Lisa A. Lariviere