IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHASE INSURANCE LIFE AND
ANNUITY COMPANY,
2500 Westfield Road
Elgin, Illinois 60123

Plaintiff,

v.

C.A. No. 06-0072 ML

BONNIE MCNAMARA,
IN HER INDIVIDUAL CAPACITY AND
AS CO-EXECUTOR OF THE ESTATE
OF VINCENT J. MCNAMARA
15 Painter Road
Westerly, Rhode Island 02891

MACKENZIE MCNAMARA
15 Painter Road
Westerly, Rhode Island 02891

MIKAELA MCNAMARA
15 Painter Road
Westerly, Rhode Island 02891

and

ROBERT R. MCINTYRE, JR.
c/o Roberts Chemical Company
1 Virginia Avenue
Providence, Rhode Island 02905

## ANSWER OF DEFENDANT ROBERT R. MCINTYRE, JR.

Defendant, Robert R. McIntyre, Jr. ("McIntyre"), files this answer to the complaint for interpleader initiated by plaintiff Chase Insurance Life and Annuity Company ("Chase") as follows:

### Introduction

1. Admit.
2. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 2 and neither admits nor denies the same.

## The Parties

3. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 3 and neither admits nor denies the same.

4. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 4 and neither admits nor denies the same.

5. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 5 and neither admits nor denies the same.

6. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 6 and neither admits nor denies the same.

7. Admit.

## Jurisdiction and Venue

8. Admit.

9. Admit.

## Factual Allegations

10. Admit.

11. Admit.

12. Admit.

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 20 and neither admits nor denies the same.

21. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 21 and neither admits nor denies the same.

22. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 22 and neither admits nor denies the same.

23. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 23 and neither admits nor denies the same.

24. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 24 and neither admits nor denies the same.

25. Admit.

26. Admit.

27. Admit.

28. Admit.

29. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 29 and neither admits nor denies the same.

30. Admit.

<u>COUNT 1</u>
(Declaratory and Injunctive Relief)

31. To the extent a response is required, admit.

32. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 32 and neither admits nor denies the same.

33. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 33 and neither admits nor denies the same.

34. Defendant McIntyre has insufficient information to form a belief as to the truth of the allegations set forth in Paragraph 34 and neither admits nor denies the same.

WHEREFORE, Defendant McIntyre admits that he has no interest in Policy FK5233606 and has notified Plaintiff's counsel on multiple occasions of this fact and requests that the Court relieve Defendant McIntyre of any further responsibility in this action.

ROBERT R. MCINTYRE, JR.
By his attorneys,

Jeffrey B. Cianciolo #5424
Reavis Cianciolo LLC
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 272-5520
Dated: June 1, 2006

# CERTIFICATION

I hereby certify that the undersigned caused to be mailed a copy of the within to the below counsel of record on the 1st day of June, 2006, first class mail, postage prepaid.

To: Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

George J. Bauerle, III, Esq.
42 Granite Street
Westerly, RI 02891

Ryan S. McCarthy, Paralegal
Reavis Cianciolo LLC