UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHASE INSURANCE LIFE AND ANNUITY COMPANY, Plaintiff<br><br>v.<br><br>BONNIE MCNAMARA, IN HER INDIVIDUAL CAPACITY and AS CO-EXECUTOR OF THE ESTATE OF VINCENT J. MCNAMARA, MACKENZIE MCNAMARA, MIKAELA MCNAMARA, and ROBERT R. MCINTYRE, JR., Defendants | ) | C.A. No. 06-0072ML |

## ACCEPTANCE OF SERVICE

The undersigned, George J. Bauerle, III, Esq., hereby accepts service of the Complaint for Interpleader in this action on behalf of defendants Bonnie McNamara, Mackenzie McNamara, and Mikaela McNamara. Service has been accepted this 25 day of May, 2006, acknowledging no objection to process or sufficiency of service of process. I hereby agree to respond to the Complaint for Interpleader within 30 days.

George J. Bauerle, III, Esq., No. 3069
Attorney for Defendants Bonnie McNamara, Mackenzie McNamara and Mikaela McNamara
22 West Main Street
Wickford, Rhode Island 02852
(401) 294-7170
(401) 295-2423 FAX

Dated: May 25, 2006

# CERTIFICATE OF SERVICE

To:

James O. Reavis, Esq.
Reavis & Cianciolo, LLC
55 Dorrance Street – Suite 200
Providence, RI 02903

Bryan D. Bolton, Esq.
Peter C. Ismay, Esq.
Funk & Bolton, P.A.
35 South Charles Street – 12th Floor
Baltimore, MD 21201

George J. Bauerle, III, Esq.
22 West Main Street
Wickford, RI 02852

I hereby certify that I served on the above-named counsel of record a copy of the within Acceptance of Service by mailing first class mail, postage prepaid, on the 8th day of June, 2006.

Lisa A. Lariviere