**UNITED STATES DISTRICT COURT**
**STATE OF RHODE ISLAND**

**CHASE INSURANCE LIFE AND ANNUITY COMPANY, Plaintiff**

**v.** **CA #06-0072ML**

**BONNIE MCNAMARA, in her individual capacity and as CO-EXECUTOR OF THE ESTATE OF VINCENT J. MCNAMARA, MACKENZIE MCNAMARA, MIKAELA MCNAMARA and ROBERT R. MCINTYRE, JR. Defendants**

# ENTRY OF APPEARANCE

Comes now Attorney George J. Bauerle, III, individually and hereby enters his appearance on behalf of the defendants, BONNIE MCNAMARA, in her individual capacity and as CO-EXECUTOR OF THE ESTATE OF VINCENT J. MCNAMARA, MACKENZIE MCNAMARA, and MIKAELA MCNAMARA in the above-encaptioned matter.

GEORGE J. BAUERLE, III (3069)
22 West Main Street
Wickford, RI 02852
(401) 294-7170

Dated: June 13, 2006

## CERTIFICATION

I hereby certify that I mailed a true copy of the within Entry, postage prepaid, to Timothy M. Bliss, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and Bryan D. Bolton, Esq. and Peter C. Ismay, Esq., Funk & Bolton, 36 South Charles Street, 12th Fl., Baltimore, MD 21201-3111 this 13 day of June, 2006.

and James O'Rearis Esq
55 Dorrance St Providence RI 02903