**UNITED STATES DISTRICT COURT**
**STATE OF RHODE ISLAND**

**CHASE INSURANCE LIFE AND**
**ANNUITY COMPANY, Plaintiff**

**v.** **CA #06-0072ML**

**BONNIE MCNAMARA, in her individual capacity and as CO-EXECUTOR OF THE ESTATE OF VINCENT J. MCNAMARA, MACKENZIE MCNAMARA, MIKAELA MCNAMARA and ROBERT R. MCINTYRE, JR.**
**Defendants**

# ANSWER TO PLAINTIFF'S COMPLAINT FOR INTERPLEADER

## INTRODUCTION

The Defendants, BONNIE MCNAMARA, MACKENZIE MCNAMARA nor MIKAELA MCNAMARA hereto after referred to as the Defendants, neither admit nor deny the allegations of paragraphs 1 and 2 of the introduction.

## THE PARTIES

The Defendants admit the allegations in paragraph 3 through 7.

## JURISDICTION AND VENUE

The Defendants admit the allegations in paragraph 8 and 9.

## FACTUAL ALLEGATIONS

The Defendants admit the allegations in paragraphs 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 24, 25, 26, 27, 29.

The Defendants neither admit nor deny the allegations in paragraphs 22 and 30.

The Defendants deny the allegations in paragraph 23 and 28.

**COUNT I**

The Defendants incorporate the answers contained in paragraphs 1-30 as if fully stated here.

The Defendants deny the allegations in paragraph 32 of Count I of Plaintiff's Complaint.

The Defendants admit the allegations in paragraph 33 and 34.

**WHEREFORE,** Defendants request that this Court order Plaintiff to pay:

a. all sums due and owing to the Defendants;
b. that the Court award the Defendants their costs, attorney's fees and other expenses related to this action.

Defendants,
By their attorney,

George J. Bauerle, III #3069
22 West Main Street
Wickford, RI 02852
(401) 294-7170

DATED: June 13, 2006

CERTIFICATION

I hereby certify that I mailed a true copy of the within Answer, postage prepaid, to Timothy M. Bliss, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and Bryan D. Bolton, Esq. and Peter C. Ismay, Esq., Funk & Bolton, 36 South Charles Street, 12th Fl., Baltimore, MD 21201-3111 this 13 day of June, 2006.