IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHASE INSURANCE LIFE AND ANNUITY COMPANY, Plaintiff,

v.

BONNIE MCNAMARA, *et al.*, Defendants.

Case No. 1:06-cv-00072-ML-DLM

* * * * * * * * * * * * * *

CHASE INSURANCE LIFE AND ANNUITY COMPANY'S
<u>MOTION TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY</u>

Interpleader plaintiff, Chase Insurance Life and Annuity Company ("Chase"), pursuant to Federal Rule of Civil Procedure 67 and Local Rules 7 and 67, moves for an order granting leave to deposit into the Registry of the Court the sum of $250,000 plus interest to the date of the order, the amount subject to competing claims in this action for interpleader. The grounds for the motion are set forth more fully in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, Chase Insurance Life and Annuity Company respectfully requests that the Court grant this motion and allow Chase to deposit the sum of $250,000, plus interest to the date of the order allowing deposit, into the Registry of the Court.

/s/Timothy M. Bliss
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff Chase Insurance
Life and Annuity Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com

Bryan D. Bolton
Peter C. Ismay
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 659-7700
(410) 659-7773 FAX

Of Counsel for Chase Insurance
Life and Annuity Company

Dated: August 23, 2006

CERTIFICATE OF SERVICE

To:

George J. Bauerle, III, Esq.
22 West Main Street
Wickford, Rhode Island 02852

Jeffrey B. Cianciolo, Esq.
Reavis & Cianciolo, LLC
55 Dorrance Street - Suite 200
Providence, Rhode Island 02903

I hereby certify that I electronically filed this motion on August 23, 2006. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Timothy M. Bliss

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHASE INSURANCE LIFE AND ANNUITY COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-0072 ML |
| BONNIE MCNAMARA, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
CHASE INSURANCE LIFE AND ANNUITY COMPANY'S
MOTION TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY

Plaintiff, Chase Insurance Life and Annuity Company ("Chase"), pursuant to Rules 22 and 67 of the Federal Rules of Civil Procedure and Local Rules 7 and 67, submits this memorandum of law in support of its Motion To Deposit Funds into the Court's Registry.

## I. PRELIMINARY STATEMENT

Chase initiated this action for interpleader due to substantial uncertainty as to the identity of the individual(s) entitled to the proceeds of a life insurance policy under which Chase is obligated. Chase is ready, willing, and able to deposit the amount at issue, $250,000 plus interest, into the Registry of the Court, and requests the Court to enter Chase's proposed order, submitted pursuant to Local Rule 67(a)(1).

## II. BACKGROUND

This action for interpleader arises under 28 U.S.C. § 1332 and Rule 22 of the Federal Rules of Civil Procedure and concerns the disposition of the proceeds of a life insurance policy (policy number FK5233606) issued on the life of Vincent J. McNamara. Mr. McNamara died on or about October 28, 2005, and there is no dispute that the policy proceeds are due and payable. Chase, however, is uncertain as to the identity of the individual(s) entitled to the policy proceeds.

## III. ARGUMENT

Pursuant to Rule 67 of the Federal Rules of Civil Procedure:

> In an action in which any part of the relief sought is a judgment for a sum of money or the disposition of a sum of money or the disposition of any other thing capable of delivery, a party, upon notice to every other party, and by leave of court, may deposit with the court all or any part of such sum or thing, whether or not that party claims all or any part of the sum or thing. The party making the deposit shall serve the order permitting deposit on the clerk of the court. Money paid into court under this rule shall be deposited and withdrawn in accordance with the provisions of Title 28, U.S.C., §§ 2041, and 2042 … or any like statute. The fund shall be deposited in an interest-bearing account or invested in an interest-bearing instrument approved by the court.

Fed. R. Civ. P. 67.

Local Rule 67 states, in part:

> (a) **Procedure for Deposit of Funds.**
>
> (1) Any party who seeks to deposit funds into the Registry of the Court pursuant to Title 28 U.S.C. § 2041 or Fed. R. Civ. P. 67 or other rule or law must first file a motion in the form required by LR Cv 7. The motion must be accompanied by a proposed order specifying the amount of funds to be deposited, the name and address of a local financial institution into which the funds are to be deposited, and the type of account desired. The financial institution and the type of account must be approved in advance by the Clerk of Court.

> (2) The motion and proposed order shall be served on all other parties of record in the case.
>
> (3) Upon the granting of the motion, the party shall promptly deliver to the Clerk's Office a check for the amount to be deposited, together with a copy of the signed order.
>
> * * *
>
> (c) **Deduction of Court Fees**. Any order obtained by a party that directs the Clerk to invest in an interest-bearing account or investment funds deposited in the Registry of the Court shall contain the wording which directs the Clerk to deduct from the income earned on the funds deposited or invested a fee in the amount of ten percent (10%) of the income earned, whenever such income becomes available for such deduction, and without further order of the Court. Such a provision shall be included in the order regardless of the nature of the case in which the deposit was made.

Local R. 67 (effective January 1, 2006).

Chase is ready, willing, and able to deposit into the Court's registry the sum of $250,000 plus interest to the date of the order allowing deposit,[1] the amount at issue in this action. Chase has prepared a proposed order "specifying the amount of funds to be deposited, the name and address of a local financial institution into which the funds are to be deposited, and the type of account desired," as required by Local Rule 67(a)(1). Further, the Clerk of Court has approved the financial institution and the type of account specified in the proposed order. Chase, therefore, requests the Court to enter the proposed order, thereby permitting Chase to deposit into the Registry of the Court the sum of $250,000, plus interest to the date of the order allowing deposit, within fifteen (15) days following issuance of such order. Consistent with its obligations

[1] Under Rhode Island law, interest on the proceeds of a life insurance policy accrues at 9% per annum from the date of death. R.I Gen. Laws § 27-4-26. As of August 25, 2006, interest on the proceeds was $18,553.64. Interest accrues at a rate of $61.64 per day.

under Local Rule 67(a)(3), upon the granting of Chase's motion, Chase will serve the order on the Clerk of Court, together with a check in the amount of $250,000 plus applicable interest.

IV. CONCLUSION

For the foregoing reasons, Chase respectfully requests the Court to enter the proposed order granting leave to deposit the sum of $250,000, plus interest to the date of the order allowing deposit, into the Registry of the Court within fifteen (15) days following issuance of such order.

/s/Timothy M. Bliss
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff Chase Insurance Life and Annuity Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com

Bryan D. Bolton
Peter C. Ismay
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 659-7700
(410) 659-7773 FAX

Of Counsel for Chase Insurance Life and Annuity Company

Dated: August 23, 2006

CERTIFICATE OF SERVICE

To:

George J. Bauerle, III, Esq.
22 West Main Street
Wickford, Rhode Island 02852

Jeffrey B. Cianciolo, Esq.
Reavis & Cianciolo, LLC
55 Dorrance Street - Suite 200
Providence, Rhode Island 02903

I hereby certify that I electronically filed this memorandum on August 23, 2006. The memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Timothy M. Bliss