IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHASE INSURANCE LIFE AND ANNUITY COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 06-0072 ML |
| BONNIE MCNAMARA, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

CHASE INSURANCE LIFE AND ANNUITY COMPANY'S
MOTION FOR DISCHARGE FROM INTERPLEADER ACTION

Interpleader plaintiff, Chase Insurance Life and Annuity Company ("Chase"), pursuant to Rules 7 and 22 of the Federal Rules of Civil Procedure, files this Motion for Discharge from Interpleader Action. The grounds for this motion are set forth more fully in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, Chase respectfully requests that this Court grant this motion and (i) discharge Chase from any and all liability with respect to, affecting, or in any way arising out of the life insurance policy no. FK5233606 (the "Policy") or the proceeds of which that were deposited into the Court's registry (the "Interpleader Property") and dismissed Chase from this case, (ii) permanently enjoin the interpleader defendants from bringing or prosecuting any proceeding against Chase with respect to, affecting, or in any way arising out of the Policy or

Interpleader Property, and (iii) order interpleader plaintiffs to interplead as to their entitlements to the Interpleader Property.

/s/Timothy M. Bliss
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff Chase Insurance
Life and Annuity Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com

Bryan D. Bolton
Peter C. Ismay
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 659-7700
(410) 659-7773 FAX

Of Counsel for Chase Insurance
Life and Annuity Company

Dated: August 23, 2006

## CERTIFICATE OF SERVICE

To:

George J. Bauerle, III, Esq.
22 West Main Street
Wickford, Rhode Island 02852

Jeffrey B. Cianciolo, Esq.
Reavis & Cianciolo, LLC
55 Dorrance Street - Suite 200
Providence, Rhode Island 02903

I hereby certify that I electronically filed this motion on August 23, 2006. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Timothy M. Bliss

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHASE INSURANCE LIFE AND ANNUITY COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | | Civil Action No. 06-0072 ML |
| | * | |
| BONNIE MCNAMARA, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
CHASE INSURANCE LIFE AND ANNUITY COMPANY'S
MOTION FOR DISCHARGE FROM INTERPLEADER ACTION

Interpleader plaintiff, Chase Insurance Life and Annuity Company ("Chase"), submits this memorandum of law in support of its Motion for Discharge from Interpleader Action.

STATEMENT OF THE CASE

Chase filed a complaint for interpleader of life insurance proceeds requesting, *inter alia*, that the Court determine which of the interpleader defendants is/are entitled to the proceeds of life insurance policy FK5233606, issued by Chase's predecessor in interest, Federal Kemper Life Assurance Company (the "Policy"). In the Complaint, Chase admits that the Policy's death benefit is due and owing, but recognizes alleged uncertainty as to whom the benefits should be paid. Contemporaneously herewith, Chase has filed a motion to deposit the Policy's proceeds into the Court's registry.

ARGUMENT

Rule 22 of the Federal Rules of Civil Procedure provides that "[p]ersons having claims against the plaintiff may be joined as defendants and required to interplead when their claims are such that the plaintiff is or may be exposed to double or multiple liability." The law normally regards the interpleader plaintiff as discharged of all responsibility regarding the interpleaded funds once the funds have been paid into the registry of the court and the parties have had notice and opportunity to be heard. *Kuland v. U.S.*, 919 F.Supp. 419, 421 (M.D. Fla. 1996). Additionally, courts may enter an order relieving the interpleader plaintiff of further responsibility and enjoin the interpleaded defendants from bringing further action against that plaintiff with regard to the disputed funds. *Id.* "It is a generally accepted principle that a disinterested stakeholder filing an action in interpleader may be dismissed from the case, discharged from further liability and, in the court's discretion, awarded attorneys' fees and costs." *Id.*; *see also General Acceptance Corp. v. Gagliardi*, 593 F.Supp. 1080, 1086-87 (D. Conn. 1984).

Contemporaneously herewith, Chase filed a motion requesting permission to deposit the funds at issue in this matter into the Court's registry. Upon granting of that motion and Chase's deposit of the funds into the registry in accordance therewith, Chase should be dismissed from the case and discharged from further liability. Additionally, the interpleaded defendants should be enjoined from bringing further action against Chase with regard to those funds or the Policy.

## CONCLUSION

For the reasons stated, Chase Insurance Life and Annuity Company's motion for discharge should be granted.

/s/Timothy M. Bliss
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff Chase Insurance
Life and Annuity Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com

Bryan D. Bolton
Peter C. Ismay
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 659-7700
(410) 659-7773 FAX

Of Counsel for Chase Insurance
Life and Annuity Company

Dated: August 23, 2006

CERTIFICATE OF SERVICE

To:

George J. Bauerle, III, Esq.
22 West Main Street
Wickford, Rhode Island 02852

Jeffrey B. Cianciolo, Esq.
Reavis & Cianciolo, LLC
55 Dorrance Street - Suite 200
Providence, Rhode Island 02903

I hereby certify that I electronically filed this memorandum on August 23, 2006. The memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Timothy M. Bliss