IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHASE INSURANCE LIFE AND ANNUITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BONNIE MCNAMARA, *et al.*,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>* | Civil Action No.: 06-0072 ML |

* * * * * * * * * * * * * *

CHASE INSURANCE LIFE AND ANNUITY COMPANY'S
PRETRIAL CONFERENCE STATEMENT

Chase Insurance Life and Annuity Company ("Chase"), pursuant to this Court's August, 1, 2006 Order, files this Pretrial Conference Statement.

This is an interpleader action involving the death benefit of life insurance policy FK5233606 (the "Policy") issued by Chase's predecessor, Federal Kemper Life Assurance Company. The Policy insured the life Vincent J. McNamara. Mr. McNamara died on or about October 28, 2005, at which time the death benefit of $250,000 came due and payable. There is, however, uncertainty as to who is entitled to the death benefit. As a result, Chase filed this interpleader action.

According to Chase's records, Defendant Robert R. McIntyre, Jr. is the Policy's owner and beneficiary. According to Defendants Bonnie McNamara, Mackenzie McNamara and Mikaela McNamara, however, Mckenzie and Mikaela McNamara are the Policy's beneficiaries. On December 16, 2005, Defendants, Bonnie McNamara, Mackenzie McNamara and Mikaela McNamara obtained a temporary restraining order from the Rhode Island Superior Court

prohibiting Chase from paying the Policy's death benefit. Although that order is now expired, it demonstrates the uncertainty over the proper beneficiary.

Prior to the filing of this Statement, Chase filed motions for leave to deposit the proceeds of the Policy into the Court's registry and for discharge from this case. Chase believes that none of the defendants in this action will oppose those motions. In addition, it is Chase's understanding that the defendants have reached agreement among themselves as to who is entitled to the Policy's death benefit.

Respectfully submitted,

/s/ Timothy M. Bliss
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff Chase Insurance
Life and Annuity Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com

Bryan D. Bolton
Peter C. Ismay
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201
410.659.7700 (telephone)
410.659.7773 (facsimile)

Of Counsel for Chase Insurance
Life and Annuity Company

Dated: August 29, 2006

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within Pretrial Conference Statement on August 29, 2006. The Pretrial Conference Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the below listed counsel of record has been effectuated by electronic means.

George J. Bauerle, III, Esq.
22 West Main Street
Wickford, Rhode Island 02852

Attorney for Interpleader Defendants Bonnie McNamara,
Mackenzie McNamara and Mikaela McNamara

Jeffrey B. Cianciolo, Esq.
Reavis & Cianciolo, LLC
55 Dorrance Street
Suite 200
Providence, Rhode Island 02903

Attorneys for Interpleader Defendant
Robert R. McIntyre, Jr.

/s/ Timothy M. Bliss