RECEIVED

SEP 6 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Attest to True Copy

DAVID DIMARZIO

By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHASE INSURANCE LIFE AND ANNUITY COMPANY, *

Plaintiff, *

v. * Civil Action No. 06-0072 ML

BONNIE MCNAMARA, *et al.*, *

Defendants. *

* * * * * * * * * * * * * *

ORDER DISCHARGING INTERPLEADER PLAINTIFF

Upon consideration of interpleader plaintiff, Chase Insurance Life and Annuity Company's ("Chase"), Motion for Discharge from Interpleader Action on this 6th day of September, 2006, it is hereby ORDERED:

(a) Chase's Motion is GRANTED;

(b) within 15 days of the date of this Order, Chase shall pay the proceeds payable under life insurance policy no. FK5233606 (the "Policy"), which are $250,000, plus interest through the date of this Order, directly to defendants Mikaela McNamara and Mackenzie McNamara (hereinafter, the "Interpleader Property"), and Chase, its predecessors in interest and its successors in interest, are forever discharged from any and all liability with respect to, affecting, or in any way arising out of the Policy or the Interpleader Property and Chase shall be dismissed from this case;

(c) that defendants Robert R. McIntyre, Jr. and Roberts Chemical, Inc. hereby waive any claim to the insurance proceeds being paid by Chase Insurance Life and Annuity Company, and are hereby dismissed with prejudice;

(d) the interpleader defendants are permanently enjoined from bringing or prosecuting any proceeding in any State or United States Court against Chase, its predecessors in interest or successors in interest, with respect to, affecting, or in any way arising out of the Policy or Interpleader Property;

(e) the interpleader defendants shall interplead as to their entitlements to the Interpleader Property by the 6th day of September, 2006, and shall be bound by all orders, judgments, and decrees of the Court regarding the Policy and Interpleader Property.

Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com

George J. Bauerle, III, No. 3069
Attorney for Defendants Bonnie McNamara, in her individual capacity and as co-executor of the Estate of Vincent J. McNamara, Mackenzie McNamara, and Mikaela McNamara
22 West Main Street
Wickford, Rhode Island 02852
(401) 294-7170
(401) 295-2423

Jeffrey B. Cianciolo, No. 5424
REAVIS & CIANCIOLO, LLC
Attorneys for Defendant Robert R. McIntyre, Jr.
55 Dorrance Street – Suite 200
Providence, Rhode Island 02903
(401) 272-5520
(401) 272-5501 FAX
jbc@rc-legal.com

SO ORDERED:

Barbara Barletta

ENTER:

Mary M. Lisi

Mary M. Lisi
United States District Court Judge

Dated: September 7, 2006